| | |
|---|---|
| 1 | SCHIFF HARDIN LLP |
| | Jean-Paul P. Cart (SBN 267516) |
| 2 | jcart@schiffhardin.com |
| | One Market |
| 3 | Spear Street Tower, Suite 3100 |
| | San Francisco, CA 94105 |
| 4 | Telephone: 415.901.8700 |
| | Facsimile: 415.901.8701 |
| 5 | |
| | Matthew F. Prewitt (*pro hac vice*) |
| 6 | mprewitt@schiffhardin.com |
| | Michael K. Molzberger (*pro hac vice*) |
| 7 | mmolzberger@schiffhardin.com |
| | 233 South Wacker Drive, Suite 7100 |
| 8 | Chicago, IL 60606 |
| | Telephone: 312.258.5500 |
| 9 | Facsimile: 312.258.5600 |
| 10 | Attorneys for Plaintiffs |
| | BUNNETT & COMPANY, INC. and ENERGY |
| 11 | FEEDS INTERNATIONAL, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNNETT & COMPANY, INC. and ENERGY FEEDS INTERNATIONAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>J.D. HEISKELL HOLDINGS, LLC, TODD GEARHEART, E&K AG, LLC, FRANK DORES, RAY GEARHEART, AND GEARHEART AG CONSULTING, INC.,<br><br>Defendants. | Case No. 3:17-cv-01475-RS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RESCHEDULING MOTION HEARING ON DEFENDANTS' MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Richard Seeborg<br><br>Case Filed: March 17, 2017 |

Plaintiffs Bunnett & Company, Inc. and Energy Feeds International, LLC (collectively, "Plaintiffs") and Defendants J.D. Heiskell Holdings, LLC, Todd Gearheart, E&K AG, LLC, Ray Gearheart, Gearhart AG Consulting, Inc., and Frank Dores (collectively, the "Defendants"), hereby stipulate as follows:

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED ORDER
RESCHEDULING DEFENDANTS' MOTION
TO DISMISS AND INITIAL CMC

WHEREAS, Plaintiffs filed their original Complaint in this action on March 17, 2017, and Plaintiffs filed voluntarily and with agreement of Defendants their First Amended Complaint on June 19, 2017.

WEREAS, Plaintiffs and the Manufacturer/Distributor Defendants reached a confidential settlement, and the Court entered an order granting Plaintiffs' Stipulated Request for Dismissal of Plaintiffs' Claims Against the Manufacturer/Distributor Defendants and Retention of Jurisdiction on July 24, 2017. *See* Dkt. No. 57.

WHEREAS, Plaintiffs, in light of the settlement and dismissal of the Manufacturer/Distributor Defendants and other developments, filed voluntarily and with agreement of Defendants their Second Amended Complaint on August 11, 2017. *See* Dkt. No. 63.

WHEREAS, Defendants, excluding Frank Dores, filed a Motion to Dismiss the Second Amended Complaint on September 21, 2017, and Frank Dores filed a Motion for Joinder in the Motion to Dismiss on September 21, 2017. *See* Dkt. Nos. 81-82.

WHEREAS, Plaintiffs filed a Response in Opposition to the Motion to Dismiss on October 23, 2017, and Defendants filed a Reply in Support of their Motion to Dismiss on November 6, 2017. *See* Dkt. Nos. 92, 96.

WHEREAS, the Court set the motion hearing on Defendants' Motion to Dismiss for December 8, 2017 at 1:30 p.m., and the Court set the Initial Case Management Conference for December 14, 2017 at 10:00 a.m. *See* Dkt. Nos. 94, 68.

WHEREAS, the parties have agreed due to a scheduling conflict and in the interest of fair and orderly case management, following communication with the Court's courtroom deputy, that the motion hearing on Defendants' Motion to Dismiss shall be rescheduled to December 14, 2017 at 2:30 p.m., and the Initial Case Management Conference shall be rescheduled also to December 14, 2017 at 2:30 p.m.

WHEREAS, this stipulation will not impact any other dates or deadlines set by the Court in this action.

IT IS SO STIPULATED between the Plaintiffs and the Defendants that the motion

hearing on Defendants' Motion to Dismiss and the Initial Case Management Conference shall both take place on December 14, 2017 at 2:30 p.m.

Dated: November 27, 2017                                        SCHIFF HARDIN LLP

                                                                By:/s/ *Matthew F. Prewitt*

                                                                Matthew F. Prewitt
                                                                Attorneys for Plaintiffs
                                                                BUNNETT & COMPANY, INC. and
                                                                ENERGY FEEDS INTERNATIONAL,
                                                                LLC

Dated: November 27, 2017                                        BRYAN CAVE LLP

                                                                By: */s/ K. Lee Marshall*

                                                                K. Lee Marshall
                                                                Attorneys for Defendants
                                                                TODD GEARHART, and E&K AG

Dated: November 27, 2017                                        SWANSON & MCNAMARA LLP

                                                                By:*/s/ Audrey A. Barron*
                                                                Audrey A. Barron
                                                                Attorneys for Defendants RAY
                                                                GEARHARD, and GEARHART AG

Dated: November 27, 2017                                        KUTAK ROCK LLP

                                                                By: */s/ Victoria H. Buter*
                                                                Victoria H. Buter
                                                                Attorneys for Defendants
                                                                J.D. HEISKELL HOLDINGS, LLC

Dated: November 27, 2017                                        O'CONNOR AND ASSOCIATES

                                                                By: */s/ John D. O'Connor*
                                                                John D. O'Connor
                                                                Attorneys for Defendant
                                                                FRANK DORES

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

STIPULATION AND PROPOSED ORDER
RESCHEDULING DEFENDANTS' MOTION
TO DISMISS AND INITIAL CMC

**ATTESTATION**

I hereby attest that the concurrence in the filing of this document has been obtained by K. Lee Marshall, Audrey A. Barron, Victoria H. Buter, and John D. O'Connor.

Dated: November 27, 2017    */s/ Michael K. Molzberger*

                                                    Michael K. Molzberger

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November ___, 27, 2017

_____
Hon. Richard Seeborg
United States District Judge

Schiff Hardin LLP
Attorneys At Law
San Francisco

STIPULATION AND PROPOSED ORDER
RESCHEDULING DEFENDANTS' MOTION
TO DISMISS AND INITIAL CMC