1  Jacob Song - SBN 265371
   KUTAK ROCK LLP
2  5 Park Plaza, Suite 1500
   Irvine, CA 92617-8595
3  Telephone:  (949) 417-0999
   Facsimile:  (949) 417-5394
4  Email:      jacob.song@kutakrock.com

5  Victoria Buter, *Pro Hac Vice*
   KUTAK ROCK LLP
6  1650 Farnam Street
   Omaha, NE 98102-2186
7  Telephone:   (402) 346-6000
   Facsimile:   (402) 346-1148
8  Email:       vicki.buter@kutakrock.com

9  Attorneys for Defendant
   J.D. HEISKELL HOLDINGS, LLC

10              UNITED STATES DISTRICT COURT

11

12   NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DISTRICT

13  BUNNETT & COMPANY, INC., and        Case No. 3:17-cv-01475-RS
    ENERGY FEEDS INTERNATIONAL,
14  LLC                                 Assigned for All Purposes to:
                                        Judge: Richard Seeborg
15           Plaintiffs,                Courtroom: 3 – 17th Floor
                                         ORDER
16      v.                              **STIPULATION TO EXTEND
                                        CERTAIN DEADLINES**
17  J.D. HEISKELL HOLDINGS, LLC,
    TODD GEARHEART, E&K AG, LLC,
18  FRANK DORES, RAY GEARHEART,         Complaint filed: March 17, 2017
    AND GEARHEART AG                    Amended Complaint filed: June 19,
19  CONSULTING, INC.,                   2017
                                        Second Amended Complaint filed:
20           Defendants.                August 11, 2017

21

22          The undersigned parties, Plaintiffs Bunnett & Company, Inc. and Energy

23   Feeds International, LLC (the "Plaintiffs") and Defendants J.D. Heiskell Holdings,

24   LLC ("J.D. Heiskell" or "JDH"), Todd Gearheart and E&K AG, LLC ("Todd

25   Gearheart"), and Ray Gearheart and Gearhart AG Consulting, Inc. ("Ray

26   Gearheart") (the "Defendants") (collectively, the "Parties") hereby stipulate to an

27   extension of certain deadlines as set forth herein:

28          1.      Whereas, on February 27, 2018, the Court granted in part and denied

                                        - 1 -            Case No. 3:17-cv-01475-RS
                            STIPULATION TO EXTEND CERTAIN DEADLINES

in part Defendants' Motion to Dismiss relating to Plaintiffs' Second Amended Complaint (Dkt. No. 104) ("Order");

2.    Whereas, the Court's Order on Defendants' Motion to Dismiss provided that Plaintiffs were granted leave to amend consistent with the Order, and that any amended complaint must be filed within 20 days of entry of that Order;

3.    Whereas, Fed. R. Civ. P. 12(a)(4) presently requires Defendants to file a responsive pleading to Plaintiffs' Second Amended Complaint 14 days from entry of that Order;

4.    Whereas, Plaintiffs intend to file a Third Amended Complaint consistent with the Court's Order;

5.    Whereas, the Parties agree that in the interest of efficient case management, Defendants need not respond to the Second Amended Complaint in view of Plaintiffs' intent to file a Third Amended Complaint;

6.    Due to various schedules of the parties and their counsel, the parties have stipulated that Plaintiffs' amended complaint consistent with the Court's Order will be due by April 2, 2018 and that Defendants' responsive pleading will be due April 30, 2018.

7.    IT IS SO STIPULATED, that Plaintiffs' anticipated Third Amended Complaint shall be due April 2, 2018 and Defendants' responsive pleading to Plaintiffs' Third Amended Complaint as permitted by the Court's Order will be due on April 30, 2018.  In the event that Plaintiffs do not file their anticipated Third Amended Complaint, Defendants shall file their respective responsive pleadings to the Second Amended Complaint by April 30, 2018.

| | | |
|---|---|---|
| 1 | Dated: March 13, 2018 | SCHIFF HARDIN LLP |
| 2 | | By:/s/ *Matthew F. Prewitt* |
| 3 | | Matthew F. Prewitt |
| 4 | | Attorneys for Plaintiffs<br>BUNNETT & COMPANY, INC.<br>and ENERGY FEEDS |
| 5 | | INTERNATIONAL, LLC |
| 6 | Dated: March 13, 2018 | BRYAN CAVE LLP |
| 7 | | By: /s/ *K. Lee Marshall* |
| 8 | | K. Lee Marshall<br>Attorneys for Defendants |
| 9 | | TODD GEARHART, and E&K AG |
| 10 | Dated: March 13, 2018 | SWANSON & MCNAMARA LLP |
| 11 | | By:/s/ *Audrey A. Barron* |
| 12 | | Audrey A. Barron<br>Attorneys for Defendants RAY |
| 13 | | GEARHARD, and GEARHART AG |
| 14 | Dated: March 13, 2018 | KUTAK ROCK LLP |
| 15 | | By: /s/ *Jacob Song* |
| 16 | | Victoria H. Buter<br>Jacob Song |
| 17 | | Attorneys for Defendant<br>J.D. HEISKELL HOLDINGS, LLC |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Richard Seeborg

Date: 3/14/18

# ATTESTATION

I hereby attest that the concurrence in the filing of this document has been obtained by each of the signatories hereto.

Dated: March 13, 2018

KUTAK ROCK LLP

By: */s/ Jacob Song*
Jacob Song
Attorney for Defendant
J.D. HEISKELL HOLDINGS, LLC

Case No. 3:17-cv-01475-RS

STIPULATION TO EXTEND CERTAIN DEADLINES