Jacob Song - SBN 265371
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92617-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Email: jacob.song@kutakrock.com

Victoria H. Buter, Pro Hac Vice
Thomas H. Dahlk, Pro Hac Vice
Joshua S. Weiner, Pro Hac Vice
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 98102-2186
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
Email: vicki.buter@kutakrock.com
      thomas.dahlk@kutakrock.com
      joshua.weiner@kutakrock.com

Attorneys for Defendant
J.D. HEISKELL HOLDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DISTRICT

| | |
|---|---|
| BUNNETT & COMPANY, INC. and ENERGY FEEDS INTERNATIONAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>J.D. HEISKELL HOLDINGS, LLC, TODD GEARHEART, E&K AG, LLC, FRANK DORES, RAY GEARHEART, AND GEARHEART AG CONSULTING, INC.,<br><br>Defendants. | Case No. 3:17-cv-01475-RS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT J.D. HEISKELL HOLDINGS, LLC TO DESIGNATE REBUTTAL EXPERT IN ACCORDANCE WITH FED. R. CIV. P. 26(A)(2) AND FOR PLAINTIFFS TO SUPPLEMENT THE REPORT OF WILLIAM B. WALDIE** |

The undersigned parties, Plaintiffs Bunnett & Company, Inc. and Energy Feeds International, LLC (collectively, the "Plaintiffs"), Defendants J.D. Heiskell Holdings, LLC ("J.D. Heiskell"), Todd Gearheart and E&K AG, LLC (collectively, "Todd Gearheart"), Ray Gearheart and Gearheart AG Consulting, Inc. (collectively, "Ray Gearheart"), and Frank Dores (Defendants

Case No. 3:17-cv-01475
STIPULATION TO EXTEND TIME FOR DEFENDANT J.D. HEISKELL HOLDINGS, LLC TO DESIGNATE SUPPLEMENTAL AND REBUTTAL EXPERTS IN ACCORDANCE WITH FED. R. CIV. P. 26(A)(2)
4852-6098-0644. 2

KUTAK ROCK LLP
ATTORNEYS AT LAW
OMAHA

shall collectively be referred to herein as, the "Defendants") (Plaintiffs and Defendants shall collectively be referred to herein as, the "Parties") hereby stipulate to extend the time for Defendant J.D. Heiskell to designate a rebuttal expert to Plaintiffs' expert William B. Waldie and for Plaintiffs' expert William B. Waldie to supplement his initial report in accordance with Fed. R. Civ. P. 26(A)(2) as set forth herein:

1. Whereas, on March 19, 2019, the Court issued an Order granting the Parties' Joint Stipulation Regarding Use of Prior Testimony and Extension of Fact and Expert Discovery (Filing No. 133).

2. Whereas, pursuant to the Court's March 19, 2019 Order, the Parties must designate their supplemental and rebuttal experts in accordance with Fed. R. Civ. P. 26(a)(2), no later than September 13, 2019.

3. Whereas, J.D. Heiskell's rebuttal expert to the report tendered by one of Plaintiffs' expert witnesses, William Waldie, has experienced some unexpected recent personal issues.

4. Whereas, J.D. Heiskell's rebuttal expert has been working diligently to complete his rebuttal report, but has requested that he be given an additional ten (10) days to complete his report in light of the recent and unforeseen events in his personal life.

5. Whereas, the Parties have agreed to extend the deadline for J.D. Heiskell to designate its supplemental and rebuttal experts in accordance with Fed. R. Civ. P. 26(a)(2) ten (10) days, or until September 23, 2019, pertaining only to J.D. Heiskell's rebuttal expert to Plaintiffs' expert witness, William Waldie. As such, the Parties have also agreed to extend the deadline for Plaintiffs' expert, William Waldie, to supplement his initial report, if appropriate, until September 23, 2019.

6. No other deadline set forth in the Case Management Scheduling Order (Filing No. 122) is affected by this stipulation, including the deadline of September 13, 2019 for rebuttal or supplemental reports responding to any of Plaintiffs' five retained expert witnesses other than Mr. Waldie.

7. WHEREFORE, Plaintiffs and Defendants respectfully request that the Court issue an Order granting an extension of time up to and including **September 23, 2019**, for J.D. Heiskell

KUTAK ROCK LLP
ATTORNEYS AT LAW
OMAHA

1  to designate its rebuttal expert to Plaintiffs' expert witness, William Waldie in accordance with
2  Fed. R. Civ. P. 26(a)(2). Plaintiffs and Defendants further respectfully request an additional
3  extension of time up to and including **September 23, 2019**, for Plaintiffs' expert, William
4  Waldie, to supplement his initial report, if appropriate.

Dated: September 12, 2019          SCHIFF HARDIN LLP

                                   By: */s/ Matthew F. Prewitt*
                                       Matthew F. Prewitt
                                       Attorneys for Plaintiffs
                                       BUNNETT & COMPANY, INC. and
                                       ENERGY FEEDS INTERNATIONAL, LLC

Dated: September 12, 2019          BRYAN CAVE LLP

                                   By: */s/ K. Lee Marshall*
                                       K. Lee Marshall
                                       Attorneys for Defendants
                                       TODD GEARHEART, and E&K AG

Dated: September 12, 2019          SWANSON & MCNAMARA LLP

                                   By: */s/ Edward W. Swanson*
                                       Edward W. Swanson
                                       Audrey A. Barron
                                       Attorneys for Defendants RAY
                                       GEARHEART, and GEARHEART AG

Dated: September 12, 2019          KUTAK ROCK LLP

                                   By: */s/ Victoria H. Buter*
                                       Jacob Song
                                       Victoria H. Buter, *Pro Hac Vice*
                                       Thomas H. Dahlk, *Pro Hac Vice*
                                       Joshua S. Weiner, *Pro Hac Vice*
                                       Attorneys for Defendant
                                       J.D. HEISKELL HOLDINGS, LLC

KUTAK ROCK LLP
ATTORNEYS AT LAW
OMAHA

- 3 -                               Case No. 3:17-cv-01475-RS
STIPULATION TO EXTEND TIME FOR DEFENDANT J.D. HEISKELL HOLDINGS, LLC TO DESIGNATE
SUPPLEMENTAL AND REBUTTAL EXPERTS IN ACCORDANCE WITH FED. R. CIV. P. 26(A)(2)
4852-6098-0644. 2

**ATTESTATION**

I hereby attest that the concurrence in the filing of this document has been obtained by each of the signatories hereto.

Dated:  September 12, 2019

        KUTAK ROCK LLP

By: */s/ Victoria H. Buter*
    Victoria H. Buter, *Pro Hac Vice*
    Attorney for Defendant
    J.D. HEISKELL HOLDINGS, LLC

KUTAK ROCK LLP
ATTORNEYS AT LAW
OMAHA

- 4 -   Case No. 3:17-cv-01475-RS
STIPULATION TO EXTEND TIME FOR DEFENDANT J.D. HEISKELL HOLDINGS, LLC TO DESIGNATE SUPPLEMENTAL AND REBUTTAL EXPERTS IN ACCORDANCE WITH FED. R. CIV. P. 26(A)(2)
4852-6098-0644. 2

**PROOF OF SERVICE**

I hereby certify that on September 12, 2019 I caused a true and correct copy of the above and foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system which shall send notification of such filing to all counsel of record in the above-captioned matter and also by electronic mail to the following pro se party:

> Frank Dores
> 1893 Johnny Avenue
> Atwater, CA  95301
> frank.m.dores@gmail.com

*/s/Victoria H. Buter*
Victoria H. Buter

Kutak Rock LLP
Attorneys At Law
Omaha

- 5 -   Case No. 3:17-cv-01475-RS
STIPULATION TO EXTEND TIME FOR DEFENDANT J.D. HEISKELL HOLDINGS, LLC TO DESIGNATE SUPPLEMENTAL AND REBUTTAL EXPERTS IN ACCORDANCE WITH FED. R. CIV. P. 26(A)(2)
4852-6098-0644. 2