UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNNETT & COMPANY, INC., et al.,<br>　　　　Plaintiffs,<br>　　v.<br>TODD GEARHEART, et al.,<br>　　　　Defendants. | Case No. 17-cv-01475-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **December 12, 2019**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 19, 2019, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: October 10, 2019

_____
Richard Seeborg
United States District Judge