Matthew F. Prewitt (*pro hac vice*)
mprewitt@schiffhardin.com
Michael K. Molzberger (*pro hac vice*)
mmolzberger@schiffhardin.com
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: 312.258.5500
Facsimile: 312.258.5600

PRATHER LAW OFFICES
Edwin K. Prather (SBN #190536)
edwin@pratherlawoffices.com
245 Fifth Street, Suite 103
San Francisco, CA 94103
Telephone: 415.881.7774
Facsimile:  415.398.4050

Attorneys for Plaintiffs
BUNNETT & COMPANY, INC. and ENERGY FEEDS INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNNETT & COMPANY, INC. and ENERGY FEEDS INTERNATIONAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>J.D. HEISKELL HOLDINGS, LLC, TODD GEARHEART, E&K AG, LLC, FRANK DORES, RAY GEARHEART, AND GEARHEART AG CONSULTING, INC.,<br><br>Defendants. | Case No.  3:17-cv-01475-RS<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL AND ORDER**<br><br>Show Cause Hearing Date:   Aug. 27, 2020<br>                                                     1:30 p.m. |

     Plaintiffs Bunnett & Company, Inc. and Energy Feeds International, LLC (the "Plaintiffs") and Defendants J.D. Heiskell Holdings, LLC, Frank Dores, Todd Gearheart, E&K AG, LLC, Ray Gearheart, and Gearhart AG Consulting, Inc. (the "Defendants") (collectively, the "Parties"), hereby submit this Joint Stipulation of Voluntary Dismissal and [Proposed] Order.

1   WHEREAS, Plaintiffs filed their Third Amended Complaint against Defendants on April 2, 2018 (ECF No. 109);

3   WHEREAS, Magistrate Judge Laurel Beeler presided at a settlement conference on October 9, 2019 (ECF No. 206), and the Parties at that time reached a settlement of this suit;

5   WHEREAS, at the conclusion of the settlement conference, the Parties stated on the record before Magistrate Judge Beeler the material terms of their settlement;

7   WHEREAS, as part of those settlement terms, the Parties consented to Magistrate Judge Beeler's retention of jurisdiction to enforce the terms of the settlement, including the entry of a final order as appropriate in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73;

10  WHEREAS, the Parties finalized and memorialized their settlement in a confidential settlement agreement effective October 9, 2019;

12  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, and subject to the Court's approval, (1) that the above-captioned action should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); (2) that except as set forth in the October 9, 2019 confidential settlement agreement between them, the Parties shall bear their own attorneys' fees, expenses, and costs; (3) that upon dismissal with prejudice, Plaintiffs will make an appropriate filing to indicate that the judgment lien against Frank Dores has been either released or satisfied, as directed by the Clerk; and (4) that this Court shall retain jurisdiction over all matters arising under the terms of the Parties' confidential settlement agreement or otherwise to enforce the confidential settlement agreement; the Parties consent to Magistrate Judge Beeler conducting any and all such proceedings, including the entry of a final order as appropriate in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

24  IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: August 20, 2020 | SCHIFF HARDIN LLP |
| 2 | | By: */s/ Matthew F. Prewitt* |
| 3 | | Matthew F. Prewitt (*pro hac vice*) |
| 4 | | Michael K. Molzberger (*pro hac vice*)<br>Attorneys for Plaintiffs |
| 5 | | BUNNETT & COMPANY, INC. and<br>ENERGY FEEDS INTERNATIONAL, LLC |
| 6 | | |
| 7 | Dated: August 20, 2020 | BRYAN CAVE LLP |
| 8 | | By: */s/ Darci F. Madden* |
| 9 | | K. Lee Marshall<br>Darci F. Madden (pro hac vice) |
| 10 | | Attorneys for Defendants<br>TODD GEARHART and E&K AG, LLC |
| 11 | Dated: August 20, 2020 | SWANSON & MCNAMARA LLP |
| 12 | | By: */s/ Edward W. Swanson* |
| 13 | | Edward W. Swanson<br>Audrey A. Barron |
| 14 | | Attorneys for Defendants<br>RAY GEARHART and GEARHART AG |
| 15 | | CONSULTING, INC. |
| 16 | Dated: August 20, 2020 | KUTAK ROCK LLP |
| 17 | | By: */s/ Victoria H. Buter* |
| 18 | | Victoria H. Buter<br>Attorneys for Defendant |
| 19 | | J.D. HEISKELL HOLDINGS, LLC |
| 20 | Dated: August 20, 2020 | REED SMITH LLP |
| 21 | | By: */s/ Cristina M. Shea* |
| 22 | | Cristina M. Shea (appointed counsel)<br>Attorneys for Defendant |
| 23 | | FRANK DORES |

**ORDER**

Having reviewed the above Joint Stipulation of Voluntary Dismissal and [Proposed] Order, IT IS HEREBY ORDERED that the stipulation is entered and approved:

1. The action is dismissed with prejudice;

2. Except as set forth in the Parties' October 9, 2019 confidential settlement agreement, the Parties shall bear their own attorneys' fees, expenses, and costs; and

3. This Court shall retain jurisdiction over all matters arising under the terms of the Parties' confidential settlement agreement or otherwise to enforce the confidential settlement agreement; any and all such proceedings shall be brought before Magistrate Judge Beeler, who the Parties have consented to hear such proceedings, including consenting to Magistrate Judge Beeler entering a final order as appropriate in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

IT IS SO ORDERED.

Dated:  8/21/2020

_____
UNITED STATES DISTRICT JUDGE